**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Mississippi
(State)

Case number (If known): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Tenrgys, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   0 1 - 0 6 9 7 7 9 7

4. **Debtor's address**

   **Principal place of business**

   602    Crescent Place
   Number    Street

   _____

   Ridgeland    MS    39157
   City    State    ZIP Code

   Madison
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)    _____

Debtor  Tenrgys, LLC    Case number (*if known*)_____
        Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 1 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **2**

Debtor  Tenrgys, LLC
        Name

Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
           District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes. Debtor   See Rider 1                       Relationship  Affiliates
           District Southern District of Mississippi  When __/__/____
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number  Street
    _____
    _____
    City                                State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **3**

| Debtor | Tenrgys, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/17/2021
              MM / DD /YYYY

X _____     Richard H. Mills, Jr.
Signature of authorized representative of debtor     Printed name

Title Manager

Debtor   Tenrgys, LLC
         Name                                                            Case number (if known)_____

18. **Signature of attorney**

✗ _____     Date   9/17/2021
Signature of attorney for debtor                 MM  / DD  / YYYY

Christopher H. Meredith
Printed name
Copeland, Cook, Taylor & Bush P.A.
Firm name
1076         Highland Colony Parkway, 600 Concourse, Suite 200
Number       Street
Ridgeland                                    MS          39157
City                                         State       ZIP Code

601-427-1343                                 cmeredith@cctb.com
Contact phone                                Email address

103656                                       MS
Bar number                                   State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **5**

# Rider 1

**Petition Question 10:** On the date hereof, each of the affiliated entities listed below (collectively, the "Debtors") filed a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi:

- TENRGYS, LLC
- TELLUS ENERGY, LLC
- TOP TEN HOLDINGS, LLC
- TREETOP MIDSTREAM SERVICES, LLC
- ACADIANA MINERAL OWNERS, LLC
- ANTIOCH PIPELINE COMPANY, LLC
- BAX, LLC
- BGGCO, LLC
- BOE, LLC
- BT LANDS, LLC
- BXO LANDS, LLC
- COHAY CONSERVATION AREA, LLC
- COHAY WILDLIFE, LLC
- EUTAW VENTURES, LLC
- GREENLEAF CO2 SOLUTIONS, LLC
- HIGHLAND COLONY CAPITAL, LLC
- JURASSIC SEISMIC COMPANY
- LASO, LLC
- LEAF RIVER LAND CO., LLC
- NOMS, LLC
- NORTH COHAY, LLC
- PCE, LLC
- RFND, LLC
- RFS, LLC
- SNPI, LLC
- SOUTH COHAY, LLC
- STP VENTURES, LLC
- TALLAHALA EXPLORATION, LLC
- TELPICO USA, LLC
- TC ENERGY, LLC
- TPCO, LLC
- WCOA, LLC
- WYC LANDS, LLC
- XLAKE PIPELINE COMPANY, LLC

The Debtors intend to seek joint administration of these cases under the case number assigned to the Chapter 11 Case of Tenrgys, LLC.

## Rider 2

**Petition Question 12:** This Debtor does not believe it owns or possesses any real or personal property that needs immediate attention outside of the ordinary course of operations pursuant to the Debtor's existing environmental permits. However, the very nature of the oil-and-gas production-and-transportation business generally requires frequent monitoring in the field. Wells and pipelines operate 24 hours a day, except for time necessary for maintenance and repairs.

In addition, the Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.* In the ordinary course of business, the Debtor and certain of its affiliated entities filing petitions herewith (collectively, the "Debtors") currently produce crude oil and transport it by field pipelines to nearby storage tanks where it is held until a purchaser unloads the tanks. Crude oil is classified as a hazardous substance under certain environmental laws.

Some of the Debtors also produce natural gas, which flows through gathering lines the Debtors operate, to a destination point in or near the gas field from which it was produced. At the designated destination point, possession of the gas is transferred to a third-party purchaser or a pipeline operator working for the purchaser.

Carbon Dioxide under very high pressure is also transported by pipeline and injected into oil reservoirs in three of the Debtors' oil fields.

Government regulations requires the Debtors to produce, maintain, and transport all such substances in ways that protect public health and safety. During the Debtors' reorganization in these bankruptcy cases, the Debtors will continue to employ their established policies and practices for protecting public health and safety in the operation of their business. Thus, the Debtors do not believe that this real property poses a "threat of imminent and identifiable hazard to the public health or safety."

---

*\* The Debtor is not aware of any definition of "imminent and identifiable hazard" as used in the petition.*

**RESOLUTION OF THE MANAGER**
**Tenrgys, LLC**

……………………………………..

Whereas, it is in the best interest of this limited liability company (sometimes referred to herein as "Debtor" or "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

Be It Therefore Resolved, that, each of Richard H. Mils, Jr. and Thomas E. Wofford is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Debtor. Thomas E. Wofford is appointed as an Authorized Representative of Debtor and may execute and deliver documents, and any revisions and amendments thereto as he deems appropriate. Richard H. Mills, Jr. shall sign and deliver any documents and any revisions and amendments thereto as he deems appropriate in his capacity as Manager of Debtor.

Be It Further Resolved, that, each of Richard H. Mills, Jr. and Thomas E. Wofford is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that, Richard H. Mills, Jr., Manager of this Company is authorized and directed to employ Christopher H. Meredith, Glenn G. Taylor, John H. Geary, and Alfredo R. Perez attorneys, and the law firm of Copeland, Cook, Taylor and Bush and the law firm of Weil, Gotshal & Manges LLP to represent the Company in such bankruptcy case."

SIGNATURE NECESSARY ARE ON THE FOLLOWING PAGE

**TENRGYS, LLC**

By: _____
Richard H. Mills, Jr.
Manager