Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tenrgys, LLC, et al.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known): | **21-1515-JAW** |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Beacon Supply Co., Inc.**<br>P.O. Box 968<br>Columbia, MS 39429 | | Trade Debt | | | | $93.94 |
| **Cintas Corporation No. 2**<br>240 W Mitchell Ave<br>Jackson, MS 39213 | | Trade Debt | | | | $206.73 |
| **Cintas Corporation No. 210**<br>P.O. Box 630921<br>Cincinnati, OH 45263 | | Trade Debt | | | | $91.95 |
| **Denbury Onshore, LLC**<br>P.O. Box 972621<br>Dallas, TX 75397-2621 | | Trade Debt | | | | $127,995.22 |
| **East Mississippi Electric Power Associat**<br>P.O. Box 5517<br>Meridian, MS 39302 | | Trade Debt | | | | $236.39 |
| **Fairleys Heat And Air**<br>61 RD Hartfield Rd<br>Purvis, MS 39475 | | Trade Debt | | | | $3,753.35 |
| **FC&E Engineering, LLC**<br>P.O. Box 1774<br>Brandon, MS 39043 | | Trade Debt | | | | $536.00 |
| **FS Energy & Power**<br>600 New Hampshire Ave NW<br>Suite 1200<br>Washington, DC 20037 | | Term Loan | | | | $75,000,000.00 |

Debtor  **Tenrgys, LLC**    Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hilbun Electric Contractors, Inc<br>P.O. Box 582<br>Ellisville, MS 39437 | | Trade Debt | | | | $723.14 |
| Hughes Network Systems LLC<br>P.O. Box 96874<br>Chicago, IL 60693-6874 | | Trade Debt | | | | $63.23 |
| J Parker Services LLC<br>P.O. Box 166<br>Laurel, MS 39441 | | Trade Debt | | | | $5,300.00 |
| Miller Enterprises, LLC<br>136 Wilson Road<br>Hattiesburg, MS 39402 | | Trade Debt | | | | $632.50 |
| Mississippi Power<br>2401 11th St<br>Meridian, MS 39301 | | Trade Debt | | | | $15,000.00 |
| Pearl River Valley EPA<br>P.O. Box 1217<br>Columbia, MS 39429-1217 | | Trade Debt | | | | $469.29 |
| Puckett Rents<br>P.O. Box 321033<br>Flowood, MS 39232 | | Trade Debt | | | | $4,431.41 |
| Simpson Resources, LLC<br>P.O. Box 9123<br>Miramar Beach, FL 32550 | | Trade Debt | | | | $30,719.00 |
| Southern Pine Electric Power Assn<br>P.O. Box 60<br>Taylorsville, MS 39168 | | Trade Debt | | | | $100.00 |
| SPL Inc<br>8850 Interchange<br>Houston, TX 77054 | | Trade Debt | | | | $983.00 |
| The Magna Carta Group, LLC<br>P.O. Box 9123<br>Miramar Beach, FL 32550 | | Trade Debt | | | | $30,719.00 |
| Waste Management Of Mississippi, Inc<br>1001 Fannin Street<br>Houston, TX 77002 | | Trade Debt | | | | $115.00 |