MSSB-435-1 (12/20)

# United States Bankruptcy Court
# Southern District of Mississippi

## Transcript Order

### Section A

| | | |
|---|---|---|
| Requestor's Name: Timothy J. Anzenberger | Email: tim.anzenberger@arlaw.com | Phone: 6012920715 |
| Address: Adams and Reese LLP, 1018 Highland Colony Parkway, Suite 800 | City: Ridgeland | State: MS   Zip Code: 39157 |

Case Type: [✓] Bankruptcy Case   [ ] Adversary Proceeding

**Dates of Proceedings**

Case Number: 21-01515-JAW

From: 09/20/2021   To: 09/20/2021

Case Name: In re Tenrgys, LLC

Location of Proceedings: Jackson   Time (Hearing Began): 2:30 p.m.

Nature of Proceedings: [Include Dkt. No.(s)]
Hearing on Motions Dkt. Nos. 8, 10, 11, 12, 13, 14, 15, and 16

Presiding Judge: Jamie A. Wilson

Order for: [✓] Non-Appeal   [ ] Appeal

Comments:

### Section B

| Category | | Original (Includes certified copy to Clerk for records of the court) |
|---|---|---|
| [ ] | Ordinary | Transcript to be delivered within 30 calendar days after receipt of an order. (Order is considered received upon receipt of the deposit. |
| [ ] | 14-Day | Transcript to be delivered within 14 calendar days after receipt of an order. |
| [✓] | Expedited | Transcript to be delivered Within 7 calendar days after receipt of an order. |
| [ ] | 3-Day | Transcript to be delivered within 3 calendar days after receipt of an order. |
| [ ] | Daily | A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. |
| [ ] | Hourly | A transcript of proceedings to be delivered within 2 hours from receipt of the order. |

**By signing below, I certify I will pay the transcriber all related charges.**

Request prepared by: Timothy J. Anzenberger          Phone Number: 6012920715

Signature: /s/ Timothy J. Anzenberger          Date: 10/05/2021

### Court Use Only

Audio reproduced and sent to: _____ on _____.

Court Contact: _____   Phone No.: _____

Notes/Comments:

MSSB-435-1 (12/20)

| | Instructions |
|---|---|
| Form: | Use local form MSSB-435-1 to order the transcription of a court proceeding. Complete a separate order form for each case number for which transcripts are ordered. |
| Completion: | Complete Sections A and B. Do not complete sections reserved for the court's use. |
| Fee: | There is no fee to order a transcript. However, there is a transcription fee the transcriber will charge and collect before the proceeding is transcribed. Click here to view the maximum transcript rates approved by the Judicial Conference. |
| Submitting Order Form | |
| ECF Filers: | File order form via the ECF docket event: |
| Appeal | *Bankruptcy or Adversary > Appeal > Transcript Ordered Re: Notice of Appeal* |
| Non Appeal | *Bankruptcy or Adversary > Other > Transcript or Audio Reproduction Request (ECRO)* |
| Non-ECF Filers: | Submit a completed order form via mail or hand deliver to one of the below offices: <br><br> **Jackson** <br> Clerk, U.S. Bankruptcy Court <br> Southern District of Mississippi <br> Thad Cochran US Courthouse <br> 501 E. Court St., Ste. 2.300 <br> P.O. Box 2448 <br> Jackson, MS 39225-2448 <br><br> 601-608-4600 <br><br> **Gulfport** <br> Clerk, U.S. Bankruptcy Court <br> Southern District of Mississippi <br> Dan M. Russell, Jr. US Courthouse <br> 2012 15th Street, Ste. 244 <br> Gulfport, MS 39501 <br><br> 228-563-1790 |
| To minimize the cost of litigation, you may obtain copies of the electronic sound recording files from the clerk's office instead of a transcript. Use local form MSSB-436-1 to purchase an audio recording. | |